Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−10550−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodney Long
   87 Barkers Mill Road
   Hackettstown, NJ 07840

Social Security No.:
   xxx−xx−3990

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            3/25/26
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 20, 2026
JAN: llb

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Rodney Long  
    Debtor

Case No. 26-10550-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jan 20, 2026      Form ID: 132      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney Long, 87 Barkers Mill Road, Hackettstown, NJ 07840-4716 |
| 520950601 | + | Atlantic Health System, PO Box 10200, Newark, NJ 07193-2000 |
| 520950609 | + | Drivo Rent A Car, 124-10 S. Conduit Ave., South Ozone Park, NY 11420-4250 |
| 520950610 | + | Englewood Hosp & Medical Ctr, PO Box 48304, Newark, NJ 07101-8504 |
| 520950604 | + | Sarya Beckett, Warren County Child Support, 1 Shotwell Drive, Belvidere, NJ 07823-1953 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2026 22:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2026 22:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520950600 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 20 2026 23:00:48 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520950602 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 20 2026 22:55:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 520950605 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2026 23:00:17 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520950607 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2026 23:00:23 | Cbna, Attn: Bankruptcy Department, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520950608 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 20 2026 22:58:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520950611 | ^ | MEBN | Jan 20 2026 22:47:56 | Ez Pass, New Jersey Customer Service Center, PO Box 52002, Newark, NJ 07101-8202 |
| 520950612 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jan 20 2026 22:56:00 | Jersey Central Power & Light, PO Box 371422, Pittsburgh, PA 15250-7422 |
| 520950613 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 20 2026 22:56:00 | LoanCare Llc, Attn: Bankrutpcy, P.O.Box 8068, Virginia Beach, VA 23450-8068 |
| 520950618 | | Email/Text: EBN@Mohela.com | Jan 20 2026 22:56:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520950614 | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Jan 20 2026 22:56:00 | NYC Department of Finance, Church Street Station, PO Box 3600, New York, NY 10008-3600 |
| 520950615 | | Email/Text: bankruptcies@penncredit.com | Jan 20 2026 22:56:00 | PennCredit Corp, 916 S. 14th Street, PO Box 988, Harrisburg, PA 17108 |

Case 26-10550-MBK  Doc 7  Filed 01/22/26  Entered 01/23/26 00:24:28  Desc Imaged
Certificate of Notice  Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: 132 | Total Noticed: 23 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520950616 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 20 2026 22:55:00 | PNC Financial/PNC Bank, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 520950617 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 20 2026 22:55:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458 |
| 520950619 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 20 2026 23:00:15 | Syncb/Husqvarna Consum, Attn: Bankruptcy Dept, Po Box 965065, Orlando, FL 32896-5065 |
| 520950620 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 20 2026 23:00:42 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520950621 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 20 2026 22:55:00 | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520950603 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 520950606 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2026         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Russell L. Low | on behalf of Debtor Rodney Long ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3