Certificate Number: 00927-NJ-DE-040562562

Bankruptcy Case Number: 26-10550



00927-NJ-DE-040562562

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 29, 2026, at 5:15 o'clock PM EST, Rodney Long completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   January 29, 2026               By:    /s/Al Duarte

                                        Name:  Al Duarte

                                        Title: Certified Credit Counselor