| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** | |
| Matthew Fissel, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>mfissel@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>PNC BANK, NATIONAL ASSOCIATION | |
| In Re:<br>Rodney Long<br>Debtor | Case No.:  26-10550 MBK<br><br>Hearing Date: 3/25/2026 @ 10:00 a.m.<br><br>Judge:  Michael B. Kaplan |

**Order Filed on April 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: April 6, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:   Rodney Long
Case No.:   26-10550 MBK
Caption:   **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor PNC BANK, NATIONAL ASSOCIATION, holder of a mortgage on real property located at 87 Barkers Mill Rd, Hackettstown, NJ, 07840, Matthew Fissel appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Russell Low, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 8) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 26-10550-MBK

Rodney Long                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                          Page 1 of 1
Date Rcvd: Apr 06, 2026                         Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

**Recip ID**          **Recipient Name and Address**
db           +  Rodney Long, 87 Barkers Mill Road, Hackettstown, NJ 07840-4716

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

**Name**          **Email Address**

Albert Russo
      docs@russotrustee.com

Maria Cozzini
      on behalf of Creditor New Jersey Housing and Mortgage Finance Agency mcozzini@sternlav.com

Matthew K. Fissel
      on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Russell L. Low
      on behalf of Debtor Rodney Long ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
      USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5