RUSSELL L. LOW, ESQ.  RLL-4745
LOW & LOW, ESQS.
505 Main St., Suite 304
Hackensack, NJ 07601
201-343-4040 Phone
201-880-4010 Fax
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In Re:                                                  : Chapter 13

Rodney Long                                      : Case No. 26-10550

Debtor(s)                                           : Honorable Michael B. Kaplan

## DEBTOR'S CERTIFICATION

I, Rodney Long, hereby certify the following:

1.      I am the debtor in the above-mentioned bankruptcy case.

2.      I pay child support to my children's mother, Saryia Beckett through a child support

agency and I do not know her address.

3.      I know she lives in Texas, but I have no direct communication with her and therefore, I

have no way of obtaining her address.

I hereby certify that the above statements are true and correct to the best of my

knowledge.

Date: 7/27/26

Rodney Long
Debtor

**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main St., Suite 304**
**Hackensack, NJ 07601**
**201-343-4040 Phone**
**201-880-4010 Fax**
**Attorneys for Debtors**

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Rodney  Long | : | CHAPTER 13 |
| | : | HONORABLE  Michael B. Kaplan |
| Debtor(s) | : | CASE NO. 26-10550 |

## DEBTOR'S CERTIFICATION

I, Rodney  Long, hereby certify the following:

1.  I am the debtor in the above- mentioned bankruptcy case.

2.  The Bank of America bank account ending in 2451 was closed; therefore, there are no statements past February 12, 2026.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date: <u>July 27, 2026</u>

**Rodney  Long**
Debtor