Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−10550−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rodney Long
87 Barkers Mill Road
Hackettstown, NJ 07840

Social Security No.:
xxx−xx−3990

Employer's Tax I.D. No.:

### NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 4, 2026.

Dated: August 4, 2026
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Rodney Long
    Debtor

Case No. 26-10550-MBK

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3

Date Rcvd: Aug 04, 2026

User: admin

Form ID: plncf13

Page 1 of 3

Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Rodney Long, 87 Barkers Mill Road, Hackettstown, NJ 07840-4716 |
| 520950601 | + | Atlantic Health System, PO Box 10200, Newark, NJ 07193-2000 |
| 520950609 | + | Drivo Rent A Car, 124-10 S. Conduit Ave., South Ozone Park, NY 11420-4250 |
| 520950610 | + | Englewood Hosp & Medical Ctr, PO Box 48304, Newark, NJ 07101-8504 |
| 520950604 | + | Sarya Beckett, Warren County Child Support, 1 Shotwell Drive, Belvidere, NJ 07823-1953 |
| 521042851 | + | Saryia Beckett, 12302 Landsdown Ridge Way, Humble, TX 77346-3449 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2026 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2026 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520950600 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 04 2026 21:57:16 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520950602 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 04 2026 21:44:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 521043407 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 04 2026 21:44:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520950605 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2026 21:57:06 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520986425 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 04 2026 21:57:16 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520950607 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2026 21:57:47 | Cbna, Attn: Bankruptcy Department, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520950608 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 04 2026 21:46:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520986670 | + | Email/Text: bankruptcy@certified-solutions.com | Aug 04 2026 21:45:00 | Englewood Health, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520950611 | ^ | MEBN | Aug 04 2026 21:45:21 | Ez Pass, New Jersey Customer Service Center, PO Box 52002, Newark, NJ 07101-8202 |
| 520975032 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 04 2026 21:45:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |

| 520950612 | + Email/Text: BankruptcyEast@firstenergycorp.com | | |
| | | Aug 04 2026 21:45:00 | Jersey Central Power & Light, PO Box 371422, Pittsburgh, PA 15250-7422 |
| 520950613 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Aug 04 2026 21:45:00 | LoanCare Llc, Attn: Bankrutptcy, P.O.Box 8068, Virginia Beach, VA 23450-8068 |
| 520950618 | Email/Text: EBN@Mohela.com | | |
| | | Aug 04 2026 21:45:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520950614 | + Email/Text: USCOURTSEBN@finance.nyc.gov | | |
| | | Aug 04 2026 21:45:00 | NYC Department of Finance, Church Street Station, PO Box 3600, New York, NY 10008-3600 |
| 521009461 | ^ MEBN | | |
| | | Aug 04 2026 21:46:20 | New Jersey Housing and Mortgage Finance Agency, C/O Loan Care LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 520950615 | Email/Text: bankruptcies@penncredit.com | | |
| | | Aug 04 2026 21:45:00 | PennCredit Corp, 916 S. 14th Street, PO Box 988, Harrisburg, PA 17108 |
| 521032654 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Aug 04 2026 21:44:00 | PNC BANK, NATIONAL ASSOCIATION, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 521031981 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Aug 04 2026 21:44:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520950616 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Aug 04 2026 21:44:00 | PNC Financial/PNC Bank, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 520950617 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Aug 04 2026 21:44:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458 |
| 520950619 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 04 2026 21:57:31 | Syncb/Husqvarna Consum, Attn: Bankruptcy Dept, Po Box 965065, Orlando, FL 32896-5065 |
| 520950620 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 04 2026 21:57:43 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521031153 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Aug 04 2026 21:57:47 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520950621 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Aug 04 2026 21:44:00 | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520950603 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 520950606 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3

User: admin

Page 3 of 3

Date Rcvd: Aug 04, 2026

Form ID: plncf13

Total Noticed: 32

Date: Aug 06, 2026

Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Maria Cozzini | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency mcozzini@sternlav.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Russell L. Low | on behalf of Debtor Rodney Long ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5